MAE GILLIGAN et al., on Behalf of Themselves and All Tenants of 1070 Park Avenue, Similarly Situated, Respondents, *v.* TISHMAN REALTY & CONSTRUCTION Co., INC., et al., Defendants, and SYLVAN MANHEIM et al., Appellants.

Argued February 24, 1954; decided April 23, 1954.

976

*Robert S. Fougner* for Sylvan Manheim and others, appellants.

*Eugene J. Morris* and *Robert I. Weissmann* for J. Kiefer Newman, Jr., appellant.

*Harold L. Herrick* for Tenant-Owned Apartment Association, Inc., *amicus curiæ,* in support of appellants' position.

*Robert S. Fougner* for Rhoda Bercow and another, *amici curiæ,* in support of appellants' position.

*John F. X. Finn, David M. Palley, Julius R. Oltarsh, Julius L. Neidle* and *Martin V. Callagy* for respondents.

Order affirmed and order absolute directed against appellants on the stipulation, with costs in all courts. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.